215 So.2d 124

**Cleveland GUILLOTTE**

v.

**Stacy ADAMS et al.**

No. 49473.

Nov. 12, 1968.

In re: Cleveland Guillotte applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia.

Writ refused. The judgment is correct.

■

215 So.2d 125

**Francis RICHARD et al.**

v.

**SOUTHERN FARM BUREAU CASUALTY INS. COMPANY et al.**

**AMERICAN INSURANCE COMPANY**

v.

**Ernest RICHARD et al.**

**Ernest RICHARD et al.**

v.

**The AMERICAN INSURANCE COMPANY et al.**

No. 49476.

Nov. 12, 1968.

In re: Southern Farm Bureau Casualty Insurance Company et al. applying for cer-tiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 212 So.2d 471; 212 So.2d 481; 212 So.2d 483; 212 So.2d 484.

The application is denied. There appears no error of law in the judgment complained of.